UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
U.F., *individually and on behalf of a minor child* :
*E.M.*, :
                         Plaintiff, :
                                      :          22 Civ. 7052 (LGS)
          -against- :
                                        :               <u>ORDER</u>
                                        :
NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
                        Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed a Complaint on August 18, 2022. Defendant filed its Answer on November 30, 2022. It is hereby

      **ORDERED** that by **December 8, 2022**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] if the parties agree to conduct all further proceedings before Judge Cott, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York. It is further

      **ORDERED** that by **December 8, 2022**, if the parties do not consent to Judge Cott's jurisdiction, the parties shall file a joint letter with a proposed briefing schedule for any anticipated motion or cross-motions for summary judgment and setting forth briefly the parties' anticipated arguments in support of and opposition to such motions.

Dated: December 1, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] The form is available at
https://nysd.uscourts.gov/sites/default/files/practice_documents/kpfSDNYFormConsentingToProceedForAllPurposesBeforeAMagistrateJudge.pdf.