```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  U.F. et al.                                                :
                                          Plaintiffs,        :
                                                             :         22 Civ. 7052 (LGS)
                -against-                                    :
                                                             :              ORDER
  NEW YORK CITY DEPARTMENT OF                                :
  EDUCATION                                                  :
                                                             :
                                          Defendant.         :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on January 9, 2023, Plaintiff U.F. filed a motion for summary judgement in this matter. On February 9, 2023, Defendant New York City Department of Education filed a memorandum of law in opposition to the motion for summary judgement, to which Plaintiff filed a reply on February 17, 2023.

WHEREAS, on April 5, 2023, Defendant filed a letter motion to stay this matter pending the Second Circuit's decision in the Cuddy Law Firm's *in tandem* appeal, *H.C. v. New York City Department of Education.*, No. 21-1582 (2d Cir.). Oral argument in *H.C.* is scheduled for May 1, 2023, at 10:00 A.M.

WHEREAS, the present case implicates numerous of the issues on review by the Second Circuit in *H.C.*, including appropriate hourly rates for attorneys, and the reasonableness of their asserted hours.

WHEREAS, Judges Cronan, Engelmayer and Moses have granted Defendant's motions for a stay in several similar actions currently pending in the United States District Court for the Southern District of New York. *See M.B. v. N.Y.C. Dep't of Educ.*, 22-cv-6405(JPC); *T.P. v. N.Y.C. Dep't of Educ.*, 22-cv-9413 (PAE); *S.M. v. N.Y.C. Dep't of Educ.*, 22-cv-7051(VEC)(BCM).

WHEREAS, a ruling from the Second Circuit in *H.C.* is likely to establish the standard that would govern an award of attorneys' fees in this case, and in any appeal that may follow. A stay is therefore in the interests of judicial economy and will promote efficient use of the parties' resources.  It is hereby

**ORDERED** that Plaintiff's motion for summary judgment is denied without prejudice to renewal. It is further

**ORDERED** that this matter is stayed.  The parties shall file a joint status letter within two weeks of the Second Circuit's decision in *H.C.* The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 18 and 36.

DATED:  April 18, 2023
        New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**